S. LANE TUCKER
United States Attorney

KAREN VANDERGAW
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: karen.vandergaw@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | No. 3:23-cr-00085-SLG-KFR |
|---|---|
| Plaintiff, | COUNT 1 |
| vs. | ARSON |
| PAUL BRYAN BATES, | Vio. of 18 U.S.C. § 844(i) |
| Defendant. | |

**INDICTMENT**

The Grand Jury charges that:

COUNT 1

On or about October 30, 2022 within the District of Alaska, the defendant, PAUL BRYAN BATES did maliciously damage and destroy, and attempt to damage and destroy, by means of fire and explosive, a building and other real and personal property used in interstate and foreign commerce and in activities affecting interstate and foreign commerce, to wit: an apartment building located on E. 12th Avenue in Anchorage, Alaska.

All of which is in violation of 18 U.S.C. § 844(i).

A TRUE BILL

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Karen Vandergaw
KAREN VANDERGAW
Assistant U.S. Attorney
United States of America

s/ Kate Vogel for
S. LANE TUCKER
United States Attorney

DATE:     9/19/2023